AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| _Jose GARCIA_ | ) Case No. _26_ -mj- _4166 DHH_ |
| *Defendant* | ) |
| | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: _5/14/26_

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_KEVIN BARRON / 550712_
*Printed name and bar number of defendant's attorney*

_PO Box 290533_
*Address of defendant's attorney*

_Kevin.barron@mac.com_
*E-mail address of defendant's attorney*

_(617) 407 6837_
*Telephone number of defendant's attorney*

_(617) 507-6333_
*FAX number of defendant's attorney*