AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | MAY 22 '26 PM1:25 USDC MA |
| v. | ) | |
| | ) | Case No.   26-mj-4166-DHH |
| | ) | |
| JOSE GARCIA | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    JOSE GARCIA                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☑ Complaint

❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846- Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
18 U.S.C. § 1956(h)- Money Laundering Conspiracy

Date:    **May 5, 2026**                              _~David H. Hennessy~_
                                                                       *Issuing officer's signature*

City and state:    Worcetser, Massachusetts                David H. Hennessy United States Magistrate Judge
                                                                                          *Printed name and title*

---

### Return

| This warrant was received on *(date)*   5-5-26   , and the person was arrested on *(date)*   5-14-26 |
|---|
| at *(city and state)*   CHICOPEE, MASSACHUSETTS . |
| |
| Date:    5-14-26                                              _~signature~_ |
| *Arresting officer's signature* |
| |
| SA AARON RICHARDS |
| *Printed name and title* |