IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA

    v.                            Case 4:26-mj-04166-DHH

JOSE GARCIA,
    Defendant.

UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant, Jose Garcia, by his attorney, Kevin L. Barron, Esq., respectfully moves the Honorable Court, without opposition, for an order modifying defendant's conditions of release to allow him to travel on a non-refundable "closed-loop" cruise from Ft. Lauderdale, Florida.  The government and Probation take no position with respect to this motion.  Defendant has provided his itinerary and reservation and will not need his US Passport, currently in US Probation's possession.  Defendant has no scorable criminal history and is alleged to have a lesser role in the conspiracy.

Dated:  May 27, 2026

ALLOWED David H. Hennessy U.S.M.J.
Jun 8, 2026

Respectfully submitted,
Jose Garcia, defendant,
By his attorney,
/s/Kevin L. Barron
Kevin L. Barron, Esq.
P.O. Box 290533
Charlestown, MA 02129
(617) 407-6837

Certificate of Service

Counsel certifies that he has caused a true copy of this document to be served today on the attorneys for all the parties through the CM/ECF system of this District as set forth in the Notice of Electronic Filing and that no party requires service by other means.

/s/Kevin L. Barron