IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA

    v.                          Case 4:26-mj-04166-DHH

JOSE GARCIA,
    Defendant.

ASSENTED-TO SUPPLEMENTAL MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant, Jose Garcia, by his attorney, Kevin L. Barron, Esq., respectfully moves the Honorable Court, with the assent of the government and US Probation, for an order further modifying defendant's conditions of release to allow him to travel using his "real ID" US passport card.  Probation advises that it has defendant's passport card and that defendant will need this document for air travel to Fort Lauderdale, the starting and end point of the proposed vacation cruise.

Dated:  June 8, 2026

Respectfully submitted,
Jose Garcia, defendant,
By his attorney,
/s/Kevin L. Barron
Kevin L. Barron, Esq.
P.O. Box 290533
Charlestown, MA 02129
(617) 407-6837

Certificate of Service

Counsel certifies that he has caused a true copy of this document to be served today on the attorneys for all the parties through the CM/ECF system of this District as set forth in the Notice of Electronic Filing and that no party requires service by other means.

/s/Kevin L. Barron